IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRESTON WAYNE WALTERS,** : | |
|     Petitioner : | No. 1:25-cv-00071 |
| : | |
|     v. : | (Judge Kane) |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA, et al.,** : | |
|     Respondents : | |

**ORDER**

**AND NOW**, on this 4th day of September 2025, upon consideration pro se Petitioner Preston Wayne Walters ("Walters")'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 and supporting memorandum of law (Doc. Nos. 1, 14), application for leave to proceed in forma pauperis (Doc. No. 2), "motion for immediate action" (Doc. No. 9), second motion to compel and supporting brief (Doc. Nos. 10, 11), motion for an extension of time to file a memorandum of law in support of his Section 2254 petition (Doc. No. 13), motion for an extension of time to file a response to the Court's May 6, 2025 Order to Show Cause (Doc. No. 15), response to the May 6, 2025 Order to Show Cause (Doc. No. 16), motion to appoint counsel (Doc. No. 18), "motion to know" (Doc. No. 19), and motion to vacate (Doc. No. 20), and after also considering the Court's May 6, 2025 Order to Show Cause (Doc. No. 12), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The IFP Application (Doc. No. 2) is **GRANTED** and Walters has leave to proceed in forma pauperis in this action;

2. Walters's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DEEMED FILED**;

3. Walters's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITH PREJUDICE**;

4. The Clerk of Court shall **MAIL** a copy of this Order and the accompanying Memorandum to Walters, see R. 4, 28 U.S.C. foll. § 2254;

5. Walters's two (2) motions for extensions of time (Doc. Nos. 13, 15) are **GRANTED** and his memorandum of law in support of his Section 2254 habeas petition (Doc. No. 14) and his response to the Court's May 6, 2025 Order to Show Cause (Doc. No. 16) are **DEEMED TIMELY FILED**;

6. Walters's "motion for immediate action" (Doc. No. 9), "motion to know" (Doc. No. 19), and motion to vacate (Doc. No. 20) are **DEEMED WITHDRAWN**;

7. Walters's second motion to compel (Doc. No. 10) and motion to appoint counsel (Doc. No. 18) are **DENIED AS MOOT**;

8. A certificate of appealability **SHALL NOT ISSUE**; and

9. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania